# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD M. THOMPSON,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 1:13-1739** |
| **v.** : | **(MANNION, D.J.)** |
| | **(MEHALCHICK, M.J.)** |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of Social Security Administration,** : | |
| **Defendant** : | |

# O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Mehalchick issued in the above-captioned matter, **(Doc. 15)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner denying the plaintiff disability insurance benefits and supplemental security income payments is **REVERSED AND REMANDED** for further proceedings;

**(3)** upon remand, the ALJ is directed to re-evaluate the medical opinion of Dr. Thoryk, the plaintiff's treating physician; address the plaintiff's alleged impairment due to recurrent MRSA infections; and address the written statements provided by the plaintiff's friends and family, as discussed by Judge Mehalchick in her report; and

**(4)**   the Clerk of Court is directed to mark this action closed.


*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  July 23, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1739-01-ORDER.wpd